### 1810.  THOMPSON v. HARRIS.

HILL, C. J.  1. Where one member of a copartnership converts to its use
personal property of a third person, the owner has a right of action,
at his option, against the copartnership, or against the individual partner
guilty of the act of conversion, to recover the property so converted, or
its proved value.   Civil Code, §§ 2657, 2658;  *Cunningham* v. *Wood-
bridge,* 76 *Ga.* 302;  *Cheney* v. *Powell,* 88 *Ga.* 634 (15 S. E. 750).

2. The undisputed evidence showing that the personal property of the plain-
tiff had been converted to the use and benefit of the partnership by the
individual member who was sued, a verdict directed in favor of the
defendant was without evidence to support it, and was contrary to law.
*Judgment reversed.*

Trover; from city court of Blakely—Judge Jordan.   February
27, 1909.

Submitted May 21,—Decided December 24, 1909.

*R. H. Sheffield,* for plaintiff.   *W. F. Weaver,* for defendant.